FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 AUG 16 AM 11: 24
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN W. RICE,<br><br>Defendants. | 4:22CR3096<br><br>INDICTMENT<br>21 USC § 846<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(d) |

The Grand Jury charges that

### COUNT I

Between on or about May 4, 2020, and on or about December 28, 2021, in the District of Nebraska and elsewhere, the defendant, JOHN W. RICE, knowingly and intentionally combined, conspired, confederated and agreed together and with other persons, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21 U.S. Code, Section 841(a)(1).

In violation of Title 21 United States Code, Section 846.

### COUNT II

On or about December 28, 2021, in the District of Nebraska, Defendant JOHN W. RICE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Unlawful Discharge of a Firearm in the District Court for Madison County Nebraska on or about July 17, 2009, knowingly possessed in and affecting commerce a firearm, a Smith and Wesson M&P 2.0 handgun, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.


FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

TESSIE L. SMITH
Assistant U.S. Attorney